PATRICK W. O'CONNOR, Respondent, *v.* RICHARD WEBBER, JR., et al., Copartners, under the Firm Name of RICHARD WEBBER, Appellants.

*O'Connor* v. *Webber*, 170 App. Div. 916, reversed.
(Argued December 6, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for loss sustained by reason of personal injuries received by plaintiff's infant son through the alleged negligence of the defendant, his employer, in requiring said infant to operate an unguarded meat-chopping machine. The answer alleged contributory negligence.

*Frank Verner Johnson* and *Amos H. Stephens* for appellants.

*Sydney A. Syme* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *O'Connor* v. *Webber* (219 N. Y. 439).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not voting: HOGAN, J.